**FILED**
March 12, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                          )<br>              Plaintiff,                        )<br>v.                                                       )<br>                                                          )<br>MICHAEL HOWELL,                      )<br>              Defendant.                    )<br>_____) | Case No. CR.S-10-0094-MCE<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release MICHAEL HOWELL, Case No. CR.S-10-0094-MCE from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

   _X_   Release on Personal Recognizance

   ___   Bail Posted in the Sum of: _____

         ___   Unsecured Appearance Bond

         ___Appearance Bond with Surety

         ___   (Other) <u>Conditions as stated on the record.</u>

         ___   (Other) _____

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  <u>Sacramento, CA</u>  on  <u>03/12/10</u>  at  2:17pm.

By _____
Edmund F. Brennan
United States Magistrate Judge