DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
MICHAEL HOWELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>MICHAEL HOWELL,<br><br>                    Defendant.<br>_____ | Cr.S. 10-0094-MCE<br><br>**STIPULATION AND ORDER**<br><br>DATE: October 21, 2010<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Morrison C. England Jr. |

   It is hereby stipulated and agreed to between the United States of America through MICHAEL ANDERSON, Assistant U.S. Attorney, and defendant, MICHAEL HOWELL, by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Thursday, September 23, 2010, be rescheduled for a status conference/possible change of plea hearing to Thursday, October 21, 2010, at 9:00 a.m..

   This continuance is being requested as the parties are working toward a resolution of this matter, but need additional time to finalize an agreement.

Speedy trial time is to be excluded from the date of this order through the date of the status conference/possible change of plea on October 21, 2010, pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: September 20, 2010    Respectfully submitted,

                                       DANIEL J. BRODERICK
                                       Federal Defender

                                       /S/ Benjamin Galloway
                                       BENJAMIN GALLOWAY
                                       Assistant Federal Defender
                                       Attorney for Defendant
                                       MICHAEL HOWELL


DATED: September 20, 2010    BENJAMIN B. WAGNER
                                       United States Attorney

                                       /s/ Benjamin Galloway for
                                       MICHAEL ANDERSON
                                       Assistant U.S. Attorney
                                       Attorney for Plaintiff


**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including October 21, 2010, in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated: September 27, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE