1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES,                     No. 2:10-cr-00094-MCE

12             Plaintiff,

13       v.                       **ORDER REGARDING SENTENCING**
                                  **MEMORANDA**
14  MICHAEL HOWELL,

15             Defendant.
    _____/

16

17       If any party wishes to file a sentencing memorandum in

18  advance of imposition of judgment and sentencing, said

19  memorandum shall be filed on or before 5:00 p.m., seven (7)

20  calendar days in advance of the date set for judgment and

21  sentencing.  Any response thereto shall be filed on or

22  before 3:00 p.m., (3) calendar days in advance of the date

23  set for judgment and sentencing.

24  ///

25  ///

26  ///

27  ///

28  ///

The parties are cautioned that if any sentencing memoranda is filed late, the judgment and sentencing date may be vacated and the matter continued.

    IT IS SO ORDERED.

Dated: January 13, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE