```
DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
MICHAEL HOWELL
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>            )<br>    Plaintiff, )<br>            )<br>  v.        )<br>            )<br>MICHAEL HOWELL,   )<br>            )<br>    Defendant. )<br>_____ ) | No. 2:10-cr-0094-KJM<br><br>**STIPULATION AND ORDER**<br><br>DATE: March 31, 2011<br>TIME: 10:00 a.m.<br>JUDGE: Hon. Kimberly J. Mueller |

  It is hereby stipulated and agreed to between the United States of America through MICHAEL ANDERSON, Assistant U.S. Attorney, and defendant, MICHAEL HOWELL, by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the sentencing hearing set for Thursday, March 31, 2011, be rescheduled to Thursday, May 19, 2011, at 10:00 a.m..

/ / /

/ / /

/ / /

/ / /

The following will be the new schedule for filing of objections to the Presentence Report:

|  | **OLD DATE** | **NEW DATE** |
|---|---|---|
| Presentence report disclosed | February 17, 2011 | April 7, 2011 |
| Counsel's Written Objections to the Presentence Report | March 3, 2011 | April 21, 2011 |
| The Presentence Report Final | March 10, 2011 | April 28, 2011 |
| Motion for Correction of the Presentence Report | March 17, 2011 | May 5, 2011 |
| Reply, or Statement of Non-Opposition | March 24, 2011 | May 12, 2011 |

United States Probation Officer, Lynda Moore has no objections to the new scheduled dates.

DATED: March 17, 2011         Respectfully submitted,

                                       DANIEL J. BRODERICK
                                       Federal Defender

                                       /S/ Benjamin Galloway
                                       BENJAMIN GALLOWAY
                                       Assistant Federal Defender
                                       Attorney for Defendant
                                       MICHAEL HOWELL

DATED: March 17, 2011         BENJAMIN B. WAGNER
                                       United States Attorney

                                       /s/ Benjamin Galloway for
                                       MICHAEL ANDERSON
                                       Assistant U.S. Attorney
                                       Attorney for Plaintiff

                                       **O R D E R**

**IT IS SO ORDERED.**

DATED: March 21, 2011.         _____
                                       UNITED STATES DISTRICT JUDGE