```
BENJAMIN B. WAGNER
United States Attorney
MICHAEL D. ANDERSON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2755
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 2:10-CR-0094 KJM |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER TO |
| | ) | CONTINUE SENTENCING HEARING |
| MICHAEL HOWELL, | ) | |
| Defendant. | ) | |
| _____ | ) | |

The parties request that the sentencing hearing in this case be continued from June 16, 2011, to June 30, 2011, at 10:00 a.m. Both parties have been working diligently to obtain information

/ / /

/ / /

/ / /

1

from the Bureau of Prisons regarding available medical treatment for the defendant and request additional time for that purpose.

Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

DATE: June 15, 2011          By:   /s/ Michael D. Anderson
                                   Michael D. Anderson
                                   Assistant U.S. Attorney

DATE: June 15, 2011                /s/ Michael D. Anderson for
                                   Benjamin B. Galloway
                                   Attorney for Defendant

**SO ORDERED.**

DATE:  June 15, 2011.

_____
UNITED STATES DISTRICT JUDGE